*Francis W. Parker, Jr.,* for petitioners. *Mr. D. J. F. Strother* for respondents.

No. 532. WILDERMUTH *v.* HAZELTINE CORP'N. January 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Charles Neave* and *Cornelius D. Ehret* for petitioner. *Messrs. Wm. H. Davis* and *R. Morton Adams* for respondent.

No. 544. GUTIERREZ ET AL. *v.* MIDDLE RIO GRANDE CONSERVANCY DISTRICT ET AL. January 13, 1930. Petition for writ of certiorari to the Supreme Court of New Mexico denied. *Messrs. E. R. Wright* and *Wm. A. Sutherland* for petitioners. *Mr. Pearce C. Rodey* for respondents.

No. 470. YAMHILL ELECTRIC Co. *v.* McMINNVILLE. See *ante,* p. 531.

No. 475. SOUTHERN CALIFORNIA EDISON Co. *v.* RAILROAD COMM'N OF CALIFORNIA. See *ante,* p. 532.

No. 513. HARMAR COAL Co. *v.* HEINER, COLLECTOR OF INTERNAL REVENUE. January 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Wm. A. Seifert* for petitioner. *Solicitor General Hughes, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch, Sewall Key, A. H. Conner, W. Marvin Smith, Clarence M. Charest,* and *L. H. Bayliss* for respondent.